

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-12-00674-CR

Carlos **OLIVA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 2, Guadalupe County, Texas
Trial Court No. CCL-10-1438
Honorable Frank Follis, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE BARNARD, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

SIGNED April 2, 2014.

_____
Marialyn Barnard, Justice